In the Matter of KAHLIL S., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant; MAMIE W.-K., Respondent.

In the Matter of TERRELL Z., JR., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Appellant; MAMIE W.-K., Respondent.

Submitted May 18, 2009; decided June 25, 2009

Motion for leave to appeal, insofar as it relates to Kahlil S., dismissed upon the ground that appellant is not a party aggrieved (*see* CPLR 5511); motion for leave to appeal, insofar as it relates to Terrell Z., Jr., dismissed upon the ground that the issues presented have become moot. Motion for a stay dismissed as academic.

In the Matter of KOLE HH. and Another, Children Alleged to be Neglected. BROOME COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; THOMAS HH., Appellant, et al., Respondent.

Submitted May 11, 2009; decided June 25, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.